UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MELVIN RICHARDSON,

    Petitioner,

vs.

RON DAVIS, Warden,

    Respondent.

No. C 13-0485 PJH (PR)

**ORDER OF DISMISSAL**

Petitioner, a California prisoner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In the initial review order the court dismissed the petition with leave to amend as petitioner appeared to be challenging three separate Rules Violation Reports and a denial of parole. Petitioner was informed that he must file a separate petition for each judgment and several of them appeared untimely. Although the time to amend has expired, petitioner has not amended. This case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: April 30, 2013.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\HC.13\Richardson0485.dsm-fta.wpd